# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHNNY RAY LOPEZ, JR., | : | Civil No. 3:17-cv-331 |
| Petitioner | : | |
| v. | : | (Judge Mariani) |
| WARDEN BALTAZAR, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, this 31st day of December, 2017, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge